# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148348-50

AMY GARCIA,
         Plaintiff-Appellee,

v

NORMAN GOVE, M.D., ANN ARBOR
OB/GYN ASSOCIATES, P.C., and
INTEGRATED HEALTH ASSOCIATES, INC.,
         Defendants-Appellants,
and

KARENNA DICKERSON, M.D., ROMINA
DUNNAM, D.O., and TRINITY HEALTH-
MICHIGAN d/b/a ST. JOSEPH MERCY
HOSPITAL-ANN ARBOR,
         Defendants.

SC: 148348-50
COA: 308302, 308756, 308757
Washtenaw CC: 10-000123-NH

_____/

       On order of the Court, the application for leave to appeal the November 12, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2014

Clerk

t1020